# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ROBERT W. BOLAND, JR., JOHN L. HENRY, UNITED FINANCIAL SERVICES, and WILLIAM E. BITTERS D/B/A UNITED FINANCIAL INFORMATION SERVICES, | ) ) ) ) ) ) ) | 8:16CV183 <br><br> ORDER |
| Defendants. | ) | |

This matter comes before the court following this case's transfer from the Eastern District of Texas. After review of the docket and progression of the case to date, the court orders and instructs the parties as follows:

**IT IS ORDERED:**

1. Defendants shall file an answer or other responsive pleading **on or before May 13, 2016**.

2. The parties shall meet and confer and file an updated, detailed report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure **on or before May 30, 2016.** The parties shall use the "Form 35 (Rule 26(f)) Report" posted on this court's website, www.ned.uscourts.gov/forms.

**DATED: April 27, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**