IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT W. BOLAND, JR.; UNITED FINANCIAL SERVICES, WILLIAM E. BITTERS; and JOHN L. HENRY, <br><br> Defendants. | 8:16CV183 <br><br> **ORDER** |

This matter is before the Court on defendant John L. Henry's (Henry) Motion for Leave to Appeal In Forma Pauperis (Filing No. 95). On July 19, 2016, this Court entered an order explaining the Court would construe Henry's Notice of Appeal as a motion to set aside the entry of default and default judgment (Filing No. 87) previously entered against Henry in this case. Because the Court construed Henry's Notice of Appeal as a motion to set aside the entry of default and default judgment, Henry's Motion for Leave to Appeal In Forma Pauperis (Filing No. 95) is DENIED as moot.

Dated this 28th day of July, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge