# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ESTATE OF JOYCE ROSAMOND PETERSEN, deceased,** | |
| Plaintiff, | 8:16CV183 |
| vs. | ORDER |
| **ROBERT W. BOLAND, JR., et al.,** | |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint, the parties, and the current disputes in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

Dated this 28th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge