IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT W. BOLAND, JR, et al.<br><br>　　　　　　Defendants. | Case No. 8:16cv183<br><br>ORDER |

Before the Court is the request for transcript of hearing held on November 6, 2017 regarding a discovery conference (filing no. 132).

IT IS ORDERED:

1. The request for transcript, (part of filing no. 139) is granted.

2. To obtain a transcript, John L. Henry must pre-pay to the Clerk the amount of $361.35 to have the transcript prepared within 30 days, or $420.75 if Mr. Henry would like it prepared within 14 days. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than this amount, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 11/06/2017. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: December 5, 2017

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United States Magistrate Judge