IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ESTATE OF JOYCE ROSAMOND PETERSEN, deceased; | |
|---|---|
| Plaintiff, | 8:16CV183 |
| vs. | ORDER |
| WILLIAM E. BITTERS, ROBERT W. BOLANDJR., JOHN L. HENRY, and UNITED FINANCIAL SERVICES, | |
| Defendants. | |

IT IS ORDERED:

1) The parties' motions to continue, (Filing Nos. 145 & 146), are granted.

2) The discovery conference to discuss all unresolved written discovery issues, previously set for December 21, 2017, will be held before the undersigned magistrate judge, in chambers, on January 25, 2018, beginning at 1:00 p.m. The parties' jointly prepared summary of their unresolved discovery disputes shall be emailed to zwart@ned.uscourts.gov by 5:00 p.m. on January 22, 2018.

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge