IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN,<br><br>              Plaintiff,<br><br>    vs.<br><br>WILLIAM E. BITTERS; ROBERT W. BOLAND JR.; JOHN L. HENRY; and UNITED FINANCIAL SERVICES,<br><br>              Defendants. | 8:16CV183<br><br>**ORDER TO SHOW CAUSE** |

On November 30, 2017, defendant John L. Henry ("Henry") filed an Appeal of Order, Document 138, And request for transcript (Filing No. 139) which the Court construes in part as an Objection to the magistrate judge's[1] November 16, 2017, Order (Filing No. 138).[2] Henry has failed to specify either "the parts of the order . . . to which [he] objects" or "the legal basis of the objections" as required by NECivR 72.2(a). Henry shall have until December 29, 2017, to show cause why his Objection should not be dismissed for failure to follow NECivR 72.2(a).

IT IS SO ORDERED.

Dated this 19th day of December, 2017.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1] The Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.

[2] The other portion of Filing No. 139, the request for the transcript, has already been ruled on by the magistrate judge (Filing No. 142) and is not encompassed by this Order to Show Cause.