IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ESTATE OF JOYCE ROSAMOND PETERSEN, | |
|---|---|
| Plaintiff, | 8:16CV183 |
| vs. | ORDER |
| WILLIAM E. BITTERS; ROBERT W. BOLAND, JR.; JOHN L. HENRY; and UNITED FINANCIAL SERVICES, | |
| Defendants. | |

This matter is before the Court on defendant John L. Henry's ("Henry") Appeal of Order, Document 138, And request for transcript (Filing No. 139). The Court construed the filing in part[1] as an Objection to the magistrate judge's[2] November 16, 2017, Order (Filing No. 138). In his Objection, Henry failed to follow the procedures in NECivR 72.2(a). On December 19, 2017, the Court issued an Order to Show Cause (Filing No. 148) by December 29, 2017, why the Objection should not be dismissed. Henry has not responded. Accordingly, Henry's Objection (Filing No. 139) is overruled.

IT IS SO ORDERED.

Dated this 2nd day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1]The other portion of Filing No. 139, the request for the transcript, has already been ruled on by the magistrate judge (Filing No. 142) and is not encompassed by this Order.

[2]The Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.