# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN, | 8:16CV183 |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM E. BITTERS; ROBERT W. BOLAND, JR.; JOHN L. HENRY; and UNITED FINANCIAL SERVICES, | |
| Defendants. | |

This matter is before the Court on defendant John L. Henry's Objection to Order 149 (Filing No. 152) which the Court construes as a Motion to Reconsider the Court's January 2, 2018, Order (Filing No. 149) denying Henry's Objection to Magistrate's Judge's Order (Filing No. 139). On January 2, 2018, after Filing No. 149 was docketed, the Court received Henry's Response (Filing No. 150) and construed it as a separate objection to the Magistrate Judge's Order. Each of Henry's objections was individually considered and overruled, and he was not prejudiced in any way by Filing No. 149. Accordingly, Henry's Motion to Reconsider is denied.

IT IS SO ORDERED.

Dated this 16th day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge