IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF JOYCE ROSAMOND PETERSEN, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM E. BITTERS, ROBERT W. BOLAND, JR., JOHN L. HENRY, and UNITED FINANCIAL SERVICES,<br><br>Defendants. | 8:16CV183<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' motions, (Filing Nos. 212 and 214), and insofar as they request a continuance of the pretrial conference and trial schedule, Plaintiff's motions, (Filing Nos. 208 and 215), are granted in part as follows:

   a. The jury trial of this case is continued and will commence before Robert F. Rossiter, Jr., in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on July 9, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at the commencement of trial.

   b. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 26, 2018 at 8:30 a.m., and will be conducted in Courtroom 2, United States Courthouse, Lincoln, Nebraska. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 22, 2018. The failure to participate in preparing the proposed pretrial conference memorandum may result in excluding the non-complying party's witnesses and exhibits at trial.

2) Defendants' response to Plaintiff's motion, (Filing No. 215) shall be filed by 12:00 p.m. (noon) on June 18, 2018. No reply is permitted absent a substantial showing of good cause.

June 8, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge