IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ESTATE OF JOYCE ROSAMOND PETERSEN, deceased; | 8:16CV183 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM E. BITTERS, and JOHN L. HENRY, | |
| Defendants. | |

At Defendant's request, the Curriculum Vitae of Defendant's expert was added to the trial exhibit list presented to the court at the pretrial conference.

At Plaintiff's request, two exhibits were added to the trial exhibit list presented to the court at the pretrial conference. Defendant objects to these exhibits as not previously disclosed as trial exhibits.

To assist the parties with their trial and motion in limine briefing, and the preparation of jury instructions, the undersigned magistrate intends to file the trial exhibit list and pretrial conference order today. Accordingly,

IT IS ORDERED that on or before 5:00 p.m. on June 29, 2018, Plaintiff shall:

1) File a statement of any objections, if any, to the CV of Defendant's Expert as a trial exhibit.

2) File a copy of any documentation showing the "set of responses by First National Bank to written deposition questions," and "pictures of the plaintiff Ms. Petersen" added at Plaintiff's request to the trial exhibit list were previously

and timely identified and disclosed to Defendants as Plaintiff's trial exhibits as required under Fed. R. Civ. P. 26(a)(3)(A)(iii) and (a)(3)(B).

June 29, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge