IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ESTATE OF JOYCE ROSAMOND PETERSEN, deceased; | 8:16CV183 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM E. BITTERS, and JOHN L. HENRY, | |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by Matthew M. Zarghouni, as counsel of record for Defendant Bitters, (Filing No. 303), is granted.

December 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge